# EXHIBIT C

Filed
09 April 23 A9:04
Loren Jackson
District Clerk
Harris County
ED101J015393146
Accepted by:
Furshilla Brantley

NO.2009-23132

| | | |
|---|---|---|
| LUZ DEL CARMEN SALAZAR, Individually and As Next Friend OF ALAN JACKOBS ALVAREZ SALAZAR, A Minor, KARLA CABRERA MORALES, Individually and As Next Friend of JOSHUA YERIT SANDOVAL CABRERA, A Minor, AND YVONNE CARRILLO | § § § § § § § § | IN THE DISTRICT COURT OF |
| V. | § § | |
| WIRECO WORLDGROUP, INC., WIRECO WORLDGROUP, INC. d/b/a UNION ROPE COMPANY, CAMESA, INC., KENNEDY WIRE ROPE & SLING COMPANY, BRIDON-AMERICAN CORPORATION, CERTEX USA, INC., HOLLOWAY-HOUSTON, INC., NOBLE DRILLING (U.S.) INC., SOUTHWEST WIRE ROPE, INC., THE OFFSHORE DRILLING COMPANY | § § § § § § § § § § § | HARRIS COUNTY, TEXAS<br><br>55TH   JUDICIAL   DISTRICT |

## PLAINTIFFS' FIRST AMENDED ORIGINAL PETITION AND REQUEST FOR RULE 194 DISCLOSURES

COME NOW, LUZ DEL CARMEN SALAZAR, Individually and As Next Friend of ALAN JACKOBS ALVAREZ, A Minor, LARLA CABRERA, Individually and As Next Friend of JOSHUA YERIT SANDOVAL CABRERA, A Minor, and YVONNE CARRILLO, Plaintiffs, complaining of WIRECO WORLDGROUP, INC., WIRECO WORLDGROUP, INC. d/a/a UNION ROPE COMPANY, CAMESA, INC., KENNEDY WIRE ROPE & SLING COMPANY, BRIDON-AMERICAN CORPORATION, CERTEX USA, INC., HOLLOWAY-HOUSTON, INC., NOBLE DRILLING (U.S.) INC., SOUTJHWEST WIRE ROPE, INC., THE OFFSHORE DRILLING COMPANY, Defendants, and for cause of action shows:

# I.
## Parties

Plaintiffs, LUZ DEL CARMEN SALAZAR, Individually and As Next Friend of ALAN JACKOBS ALVAREZ SALAZAR, A Minor, are residents of Mexico.

Plaintiffs, KARLA CABRERA MORALES, Individually and As Next Friend of JOSHUA SANDOVAL CABRERA, A Minor, are residents of Mexico.

Plaintiff, YVONNE CARRILLO, is a resident of Mexico.

Defendant, WIRECO WORLDGROUP, INC., formerly known as Wire Rope Corporation of American, Inc., (hereinafter referred to as "WIRECO"), is a corporation licensed to do business in Texas with an office and registered agent for service in Texas, the C. T. Corporation System, 350 N. St. Paul Street, Dallas, Texas.

Defendant, WIRECO WORLDGROUP, INC., d/b/a UNION WIRE ROPE (hereinafter referred to as "UNION"), is a corporation doing business in the State of Texas. It has an office and registered agent for service in Texas, the C. T. Corporation System, 350 N. St. Paul Street, Dallas, Texas.

Defendant, CAMESA, INC., formerly known as Aceros Camesa (hereinafter referred to as "CAMESA"), is a corporation licensed to do business in the State of Texas and can be served with proves by serving its registered agent, Mr. E. H. Thornton, Jr., 1775 St. James Place, Houston, Texas 77056.

Defendant, KENNEDY WIRE ROPE & SLING COMPANY, is a corporation licensed to do business in the State of Texas. It can be served with process by serving its registered agent, Garland Kennedy, Sr., 302 Flato Road, Corpus Christi, Texas 78405.

Defendant, BRIDON-AMERICAN CORPORATION, is a corporation doing business in the State of Texas. It can be served with process by serving its registered agent, the C. T. Corporation System, 350 N. St. Paul Street, Dallas, Texas.

Defendant, CERTEX USA, INC., is a corporation doing business in the State of Texas. It can be served with process by serving its registered agent, the C. T. Corporation System, 350 N. St. Paul Street, Dallas, Texas.

Defendant, HOLLOWAY-HOUSTON, INC., is a corporation doing business in Texas. It can be served with process by serving its registered agent, Mr. Charles M. Chapman, Jr., 5833 Armour Drive, Houston, Texas 77020.

Defendant, NOBLE DRILLING (U.S.) INC. (hereinafter referred to as "NOBLE"), is licensed to do business in the State of Texas. It can be served with process by serving its registered agent, the C. T. Corporation System, 350 N. St. Paul Street, Dallas, Texas.

Defendant, SOUTHWEST WIRE ROPE, LP (hereinafter referred to as "SOUTHWEST", is an entity doing business in Texas. It can be served with process by serving its registered agent, the Corporation Service Corporation, 701 Brazos #1058, Austin, Texas 78701

Defendant, THE OFFSHORE DRILLING COMPANY, is a corporation licensed to do business in the State of Texas. It can be served with process by servings its registered agent, the Capital Corporate Services, Inc., 800 Brazos, Suite 400, Austin, Texas 78701.

## II.
### Jurisdiction and Venue

Jurisdiction is proper in this Court because the Plaintiffs have suffered damages within the jurisdictional limits of this Court.

Venue is proper in Harris County, Texas pursuant to TEX. CIV. PRAC. & REM. CODE ANN. § 15.002(a)(3) because on or more of the Defendants have principal offices is in Harris County.

## III.
## Facts

Plaintiffs would show that on or about April 25, 2007, Jorge Alvarez Aleman, husband of Plaintiff, Luz Del Carmen Salazar and father of Alan Jackobs Alvarez Salazar, a Minor; Jose Abraham Sandoval Jimenez, husband of Plaintiff, Karla Cabrera Morales and father of Joshua Sandoval Cabrera, a Minor, and Rafael Castillo Flores, husband of Yvonne Carrillo, were working on an offshore platform in the Gulf of Mexico when a wire cable broke, causing Jorge Alvarez Aleman, Jose Abraham Sandoval Jimenez and Rafael Castillo Flores, to be crushed by falling equipment. The wire rope at issue was designed, manufactured, maintained, and inspected by the Defendants in this case. Jorge Alvarez Aleman, Jose Abraham Sandoval Jimenez and Rafael Castillo Flores, died of the injuries they received as a result of this occurrence.

To the extent that any of the above-named Defendants are conducting business pursuant to a trade name or assumed name, then suit is brought against them pursuant to the terms of TEX. R. CIV. P. 28, and the Plaintiffs hereby demand that upon answering this suit, that they answer in their correct legal name and assumed name.

## IV.
## Negligence

Plaintiffs would show that Defendants committed acts of negligence which were a proximate cause of the deaths of Jorge Aleman, Jose Jimenez and Rafael Flores. Specifically, Plaintiffs would show that Defendants failed to ensure that the cable was not defective before it was allowed to be used on the platform in question. As a result, the defective cable broke proximately causing the deaths of Jorge Aleman, Jose Jimenez and Rafael Flores, and Plaintiffs' damages.

## V.
## Breach of Express and Implied Warranties

Due to the negligence of Defendants, the wire rope was not fit for its intended use. Distribution of the product by the Defendants in such condition breached the express warranty against defects and implied warranty that the product was suitable for use. By breaching express and implied warranties, Defendants proximately caused the injuries and damages suffered by the Plaintiffs.

## VI.
## Strict Liability in Tort

As designed, assembled, inspected, maintained, and placed in the stream of commerce, the cable was unsafe, defective and unreasonably dangerous to Jorge Alvarez Aleman, Jose Abraham Sandoval Jimenez and Rafael Castillo Flores. The cable was being used as it was intended. As a result, Jorge Alvarez Aleman, Jose Abraham Sandoval Jimenez and Rafael Castillo Flores, suffered fatal crushing injuries that would not have occurred had the cable not broken. Accordingly, Defendants are strictly liable to Plaintiffs for their injuries and damages. The Plaintiffs therefore invoke the doctrine of strict liability discussed in §402A, Restatement of the Law of Torts, 2nd.

## VII.
## Damages

This is a claim for the Wrongful Death of Jorge Alvarez Aleman, Jose Abraham Sandoval Jimenez and Rafael Castillo Flores, caused by the Defendants. This action is brought by Plaintiffs on behalf of themselves and all other wrongful death beneficiaries. This action is brought pursuant to Tex. Civ. Prac. & Rem. Code 71.001 et. seq., also known as the Texas Wrongful Death Act. As a result of the deaths of Jorge Alvarez Aleman, Jose Abraham Sandoval Jimenez and Rafael Castillo Flores, Plaintiffs are entitled to recover those damages they have sustained, including:

a. the loss of care, maintenance, support, services, advice, counsel, and reasonable contributions of a pecuniary value that Plaintiffs would have received from Jorge Alvarez Aleman, Jose Abraham Sandoval Jimenez and Rafael Castillo Flores, both in the past and in the future;

b. the loss of companionship and society and positive benefits flowing from the love, comfort, companionship, and society that Plaintiffs would have received from Jorge Alvarez Aleman, Jose Abraham Sandoval Jimenez and Rafael Castillo Flores, both in the past and in the future;

c. and the mental anguish, emotional pain, torment, and suffering experienced by Plaintiffs as a result of the deaths of Jorge Alvarez Aleman, Jose Abraham Sandoval Jimenez and Rafael Castillo Flores, both in the past and in the future.

These claims are brought by Plaintiffs for the benefit of the Estates of Jorge Alvarez Aleman, Jose Abraham Sandoval Jimenez and Rafael Castillo Flores, for the damages, suffering, and injuries suffered by Jorge Alvarez Aleman, Jose Abraham Sandoval Jimenez and Rafael Castillo Flores, prior to their deaths, pursuant to Tex. Civ. Prac. & Rem. Code 71.021, also known as the Texas Survival Statute.

## VIII.
## Request for Disclosure

Pursuant to Rule 194, you are requested to disclose, within 50 days of service of this request, the information or material described in Rule 194.2.

## IX.
## Jury Demand

Plaintiffs request a trial by jury.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that Defendants be cited to appear and answer herein; that upon final trial of this cause, Plaintiffs recover:

1. judgment against Defendant for Plaintiffs' damages as set forth above;

2. post-judgment interest at the legal rate from the date of judgment;

3. pre-judgment interest as allowed by law;

4. costs of court; and

5. such other and further relief to which Plaintiffs may be entitled.

Respectfully submitted,

HASTINGS LAW FIRM, P.C.

Tommy R. Hastings
State Bar No. 24031637
616 FM 1960 West, Suite 725
Houston, Texas 77090
Phone: (281) 466-1396
Fax No.: (281) 466-1887

**ATTORNEYS FOR PLAINTIFF**

 **CT Corporation**

**Service of Process Transmittal**
05/05/2009
CT Log Number 514816882

| | |
|---|---|
| **TO:** | Keith McKinnish, Sr. VP & CFO<br>WireCo WorldGroup Inc.<br>12200 NW Ambassador Dr.<br>Kansas City, MO 64163-1244 |
| **RE:** | **Process Served in Texas** |
| **FOR:** | WireCo WorldGroup Inc. (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Luz Del Carmen Salazar, Individually and as Next Friend of Alan Jackobs Alvarez Salazar, a Minor, Karla Cabrera Morales, Individually and as Next Friend of Joshua Yerit Sandoval Cabrera, a Minor, and Yvonne Carrillo, Pltf. vs. Wireco Worldgroup, Inc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Citation, Original Petition and Request for Disclosure |
| **COURT/AGENCY:** | 55th Judicial District Court Harris County, TX<br>Case # 200923132 |
| **NATURE OF ACTION:** | Wrongful Death - On or about April 25, 2007 while working on an offshore platform, Pltf's. husbands were killed when a wire cable broke |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/05/2009 at 10:30 |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next after the expiration of 20 days after you were served - file written answer // Within 50 days - Request for Disclosure |
| **ATTORNEY(S) / SENDER(S):** | Tommy R. Hastings<br>Hastings Law Firm P.C.<br>616 FM 1960 West<br>Suite 725<br>Houston, TX 77090<br>281-466-1396 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 791994456061<br>Email Notification, Keith McKinnish keithmckinnish@wirecoworldgroup.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | The Corporation Company<br>Beatrice Casarez<br>350 North St Paul Street<br>Suite 2900<br>Dallas, TX 75201<br>214-932-3601 |

Page 1 of 1 / RJ

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

REC. .UMBER 371090 0.00
TRACKING NUMBER 72403182 MTA

CAUSE NUMBER 200923132

PLAINTIFF: SALAZAR, LUZ DEL CARMEN (INDIVIDUALLY AND AS NEXT
vs.
DEFENDANT: PETROLEUM SUPPLY COMPANY

In The 55th
Judicial District Court of
Harris County, Texas

CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

Date Del: 5/5/09
Time: 12:30pm
Initials: CX HR

TO: WIRECO WORLDGROUP INC (DBA UNION WIRE ROPE) (CORPORATION) BY SERVING
ITS REGISTERED AGENT C T CORPORATION SYSTEM

350 N ST PAUL STREET DALLAS TX 75201

Attached is a copy of  PLAINTIFF'S FIRST AMENDED PETITION AND REQUEST FOR
DISCLOSURE

This instrument was filed on the 23rd day of April, 20 09, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED**; you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

This Citation was issued under my hand and seal of said Court, at Houston, Texas, this 23rd day of April, 20 09.

Issued at request of:
HASTINGS, TOMMY RAY
616 FM 1960 W. STE 725
HOUSTON, TX 77090
Tel: (281) 466-1396
Bar Number: 24031637

LOREN JACKSON, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Generated by: CUERO, NELSON    7MM/U1K/8386579

**OFFICER/AUTHORIZED PERSON RETURN**

I received this citation on the _____ day of _____, 20___, at_____ o'clock ___.M., endorsed the date of delivery thereon, and executed it at _____, _____,
    (street address)    (city)

in _____ County, Texas on the _____ day of _____, 20___, at_____ o'clock ___. M., by delivering to _____, by delivering to its
    (the defendant corporation named in citation)

_____, in person, whose name is _____,
(registered agent, president, or vice-president)

a true copy of this citation, with a copy of the _____ Petition attached,
    (description of petition, e.g., "Plaintiffs Original")

and with accompanying copies of _____.
    (additional documents, if any, delivered with the petition)

I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20___.

FEE: $ _____       By: _____
                         (signature of officer)
                     Printed Name: _____

                     As Deputy for: _____
_____              (printed name & title of sheriff or constable)
Affiant Other Than Officer

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20 _____.

_____
Notary Public

N.INT.CITC.P

| | |
|---|---|
| RECEIPT NUMBER | 371090   0.00 |
| TRACKING NUMBER | 72403182   MTA |

## CAUSE NUMBER  200923132

| | |
|---|---|
| PLAINTIFF: SALAZAR, LUZ DEL CARMEN (INDIVIDUALLY AND AS NEXT vs. DEFENDANT: PETROLEUM SUPPLY COMPANY | In The  55th Judicial District Court of Harris County, Texas |

**CITATION CORPORATE**

THE STATE OF TEXAS
County of Harris

Date Del: 5/5/09
Time: 10:30 AM
Initials: CX HR

TO: WIRECO WORLDGROUP INC (DBA UNION WIRE ROPE) (CORPORATION) BY SERVING
   ITS REGISTERED AGENT C T CORPORATION SYSTEM

   350 N ST PAUL STREET   DALLAS TX 75201

Attached is a copy of ___PLAINTIFF'S FIRST AMENDED PETITION AND REQUEST FOR
DISCLOSURE_____.

This instrument was filed on the ___23rd___ day of ___April___, 20_09_, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

**This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this ___23rd___ day of ___April___, 20_09_.

Issued at request of:
HASTINGS, TOMMY RAY
616 FM 1960 W. STE 725
HOUSTON, TX 77090
Tel: (281) 466-1396
Bar Number: 24031637

LOREN JACKSON, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Generated by: CUERO, NELSON    7MM/U1K/8386579

**OFFICER/AUTHORIZED PERSON RETURN**

I received this citation on the _____ day of _____, 20____, at_____ o'clock ___.M., endorsed the date of delivery thereon, and executed it at _____, _____,
                                                                        (street address)                     (city)
in _____ County, Texas on the _____ day of _____, 20____, at_____ o'clock ___. M.,